# UNITED STATES DISTRICT COURT
### District of Connecticut
### U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

# M E M O R A N D U M

January 23, 2024

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

| | |
|---|---|
| To: | Michael P. Shea<br>Chief United States Magistrate Judge |
| From: | Mark Cimino Jr.<br>United States Probation Officer |
| Subject: | Victor Ramos<br>Dkt. No. 3:13-cr-00164-MPS & 3:22-cr-00168-MPS<br>**RE: Status Report** |

By way of background, on November 28, 2023, Victor Ramos appeared before Your Honor for an initial appearance on alleged violations of supervised release. At that time, the Court made no determination as to whether there has been a violation. The Court instructed the United States Probation Office to file a status update by January 24, 2024, at which time a final revocation hearing date would be determined.

Following his initial appearance, Mr. Ramos has generally remained compliant with his conditions of supervised release. On November 16, 2023, Mr. Ramos began the STRIVE program at the Waterbury Reentry Welcome Center in Waterbury, CT. On December 1, 2023, Mr. Ramos successfully graduated from the program, which will continue to provide him with job skill training, employment resources, and other basic needs assistance.

Mr. Ramos remains intent on enrolling in Adult Education programming in Waterbury, CT, which opens its registration during the first week of February 2024. Mr. Ramos has set a goal to obtain his GED, which he understands will lead to better employment opportunities. The Office of the Federal Defender is assisting Mr. Ramos in the enrollment process.

Mr. Ramos remains informally connected to the Reentry Court program in New Haven, CT, having observed on at least three (3) occasions. On January 12, 2024, this officer submitted a Reentry Court referral packet on his behalf. Mr. Ramos has expressed continued interest in the program and the support it may provide.

Since the commencement of his supervision, Mr. Ramos has provided five (5) negative drug screens. On January 18, 2024, this officer spoke with clinician Daniel Varley, who confirmed Mr. Ramos is engaged in weekly individual mental health counseling. Due to Mr. Ramos' transportation barriers, Mr. Varley has agreed to conduct weekly telehealth sessions with him.

If the Court requires any additional information, I will remain available at Your Honor's convenience.